United States Bankruptcy Court

Eastern District Of Michigan – Northern Division

| | | | |
|---|---|---|---|
| In re | CHELONDA VONIECE JONES, | ) | Case No. |
| | Debtor | ) | 19-03047-dof |
| | CHELONDA VONIECE JONES, | | |
| | Plaintiff | ) | 19-30293-dof |
| | v | ) | |
| | JEFFERSON CAPITAL SYSTEMS, LLC | ) | Chapter |
| | Defendant | ) | 7 |
| | _____ | ) | |

## NOTICE OF DISMISSAL

NOW COMES the Plaintiff, by and through her Attorney, who requests that the above cause be dismissed with prejudice and without costs to any party as the matter has been resolved between the parties

Respectfully submitted,

By: /s/ Matthew L. Frey
MATTHEW L. FREY (P68239)
4901 Towne Centre Road, Suite 315
Saginaw, MI 48604
(989) 799-2227
mfrey@matthewfreylaw.com

Dated: June 10, 2019